**FILED**
May 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,          )<br>  )<br>v.                                   )<br>  )<br>GAYLORD FRANKLIN,     )<br>  )<br>          Defendant.          ) | CASE NUMBER: 2:12-cr-00169-WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gaylord Franklin</u>; Case <u>2:12-cr-00169-WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $50,000.00, co-signed by defendant's father, Gaylord Franklin, Sr.

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions; defendant to be released at 9:00 AM to pretrial services for installation of electronic monitoring.</u>

Issued at <u>Sacramento, CA</u> on <u>5/4/2012</u> at <u>4:30</u>.

By  /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge