The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GAYLORD FRANKLIN,<br><br>            Defendant. | Case Number:  12-CR-00169 MCE<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING CONDITIONS**<br>**OF PRETRIAL RELEASE** |

In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued on May 4, 2012.

Special Release Condition 14 mandates electronic monitoring and home detention.

I have spoken with Mr. Franklin's Pretrial Services Officer Ms. Ty Gaskins and AUSA Jason Hitt and requested that the order that Mr. Franklin be subjected to electronic monitoring and home detention be deleted.

Both Ms. Gaskins and AUSA Hitt have no objection to the change.

1

IT IS THEREFORE STIPULATED:

Mr. Gaylord Franklin's Special Conditions of Release be altered so that the requirement that he be subjected to electronic monitoring and home detention be deleted.

Dated:  August 10, 2015

BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Jason Hitt
ASSISTANT UNITED STATES ATTORNEY

Dated: August 10, 2015

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR GAYLORD FRANKLIN

## IT IS SO ORDERED

Mr. Gaylord Franklin s' Special Conditions of Release be altered so that Condition 14, the requirement that he be subject to electronic monitoring and home detention be deleted.

Dated:  August 11, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE